IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SIK-SOO-KSIS-TSEE-KOO BULLSHOE,<br><br>Defendant. | CR-16-78-GF-BMM<br><br>ORDER |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on January 11, 2023. (Doc. 39.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on January 10, 2023. (Doc. 34.) The United States accused Sik-Soo-Ksis-Tsee-Koo Bullshoe, (Bullshoe) of violating his conditions of supervised release 1) by failing to report for substance

abuse testing on six separate occasions; 2) by using methamphetamine; 3) by consuming alcohol; 4) by failing to report for substance abuse treatment on four separate occasions; and 5) by failing to successfully complete his substance abuse treatment program. (Doc. 33.)

At the revocation hearing, Bullshoe admitted to violating the conditions of his supervised release 1) by failing to report for substance abuse testing on six separate occasions; 2) by using methamphetamine; 3) by consuming alcohol; 4) by failing to report for substance abuse treatment on four separate occasions; and 5) by failing to successfully complete his substance abuse treatment program. (Doc. 34.) Judge Johnston found that the violations Bullshoe admitted proved to be serious and warranted revocation, and recommended revocation of Bullshoe's supervised release and recommended a custodial sentence until noon on January 17, 2023, with 35 months of supervised release to follow, with the first 60 days of supervised release at Connections Corrections in Butte, Montana.  (Doc. 39.)  Bullshoe was advised of his right to appeal and his right to allocute before the undersigned and he waived those rights. (Doc. 34.) The violations prove serious and warrant revocation of Hagan's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 39) are **ADOPTED IN FULL.  IT IS FURTHER**

**ORDERED** that Defendant Sik-Soo-Ksis-Tsee-Koo Bullshoe be sentenced to the Bureau of Prisons until noon on January 17, 2023, with 35 months of supervised release to follow, with the first 60 days of supervised release spent at Connections Corrections in Butte, Montana.

DATED this 11th day of January, 2023.

_____
Brian Morris, Chief District Judge
United States District Court