IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br><br>SIK-SOO-KSIS-TSEE-KOO BULLSHOE<br><br>Defendant. | CR-16-78-GF-BMM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on October27, 2023.  (Doc. 55.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on October 26, 2023. (Doc. 50.) The United States accused Sik-Soo-Ksis-Tsee-Koo Bullshoe (Bullshoe) of violating his conditions of supervised release 1) by failing to comply with his substance abuse testing requirements on five separate occasions; and 2) by using methamphetamine. (Doc. 47.)

At the revocation hearing, Bullshoe admitted to having violated the conditions of his supervised release 1) by failing to comply with his substance abuse testing requirements on five separate occasions; and 2) by using methamphetamine. (Doc. 50.) Judge Johnston found that the violations Bullshoe admitted prove serious and warrants revocation of his supervised release and recommends a sentence of 3 months with 32 months of supervised release to follow. (Doc. 55.) Bullshoe was advised of his right to appeal and allocute before the undersigned. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 55) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Defendant Sik-Soo-Ksis-Tsee-Koo Bullshoe be sentenced to the Bureau of Prison for a period of 3 with 32 months of supervised release to follow.

DATED this 14th day of November, 2023.

_____
Brian Morris, Chief District Judge
United States District Court