IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Sik-Soo-Ksis-Tsee-Koo Bullshoe,<br><br>Defendant. | CR-16-78-GF-BMM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on June 11, 2024. (Doc. 70.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on June 11, 2024. (Doc. 65.) The United States accused Sik-Soo-Ksis-Tsee-Koo Bullshoe (Bullshoe) of

violating his conditions of supervised release by: (1) failing to comply with substance abuse testing requirements on March 26, 2024; (2) failing to comply with substance abuse testing requirements on March 30, 2024; (3) communicating or interacting with someone he knew was engaged in criminal activity on April 17, 2024; (4) using methamphetamine on April 19, 2024; and (5) failing to comply with substance abuse testing requirements on April 25, 2024. . (Doc. 62.)

At the revocation hearings, Bullshoe admitted to having violated the conditions of his supervised release by: (1) failing to comply with substance abuse testing requirements on March 26, 2024; (2) failing to comply with substance abuse testing requirements on March 30, 2024; (3) communicating or interacting with someone he knew was engaged in criminal activity on April 17, 2024; (4) using methamphetamine on April 19, 2024; and (5) failing to comply with substance abuse testing requirements on April 25, 2024.  (Doc. 65.)

Judge Johnston found that the violation Bullshoe admitted proves serious and warrants revocation of his supervised release and recommends a sentence of 10 months with no supervised release to follow. Bullshoe was advised of his right to appeal and his right to allocute before the undersigned and waived those rights. (Doc. 65.)  The violations prove serious and warrants revocation of Bullshoe's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 70) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Sik-Soo-Ksis-Tsee-Koo Bullshoe be sentenced to the Bureau of Prison for 10 months, with no supervised release to follow. Bullshoe should serve his custodial sentence at FCI Englewood and that during his incarceration, the Bureau of Prisons consider Bullshoe for pre-release placement opportunities.

DATED this 14th day of June, 2024.

_____
Brian Morris, Chief District Judge
United States District Court